# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Callaway Golf Company, a Delaware Corporation,
                Plaintiff(s)

V.          **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Swing Masters, Ltd, an Iowa corporation; Craig Rank, an individual; Does 1-10 inclusive,
                Defendant(s)      **CASE NUMBER:** 08cv2399-DMS-POR

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

Plaintiff's Request for Clerk's entry of Default Judgment is Granted. The court finds the award of $130,394.80 in damages, and $49,581.23 in prejudgment interest is appropriate in this case.

| December 1, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk
ENTERED ON December 1, 2009